UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

MIKAL H. MOORE

                                            : Bankruptcy No. 17-16712JKF
      Debtor(s)                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_Jean K. FitzSimon, B. J._

**Date: January 9, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET    SUITE 502
PHILADELPHIA PA 19107-

MIKAL H. MOORE
7820 FAYETTE STREET
PHILADELPHIA,PA.19150